**Richard G. Cenci, #79863**
**Attorney at Law**
**5740 N. Palm Avenue, Suite 111**
**Fresno, CA 93704**
**Telephone: (559) 436-1441**
**Fax: (559) 436-4997**
*cencilaw@hotmail.com*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No: 1:10-CVC-00377-OWW-SMS |
| | ) | |
| Plaintiff, | ) | ORDER EXTENDING TIME |
| | ) | FOR DEFENDANTS TO ANSWER |
| v. | ) | COMPLAINT |
| | ) | |
| WILLIAM T. BRAGDON, JR, ET AL, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

Based on the stipulation of the parties to extend time for Defendants to answer the

Complaint For Violation of the Controlled Substance Act, it is hereby ordered that time to answer

said Complaint be extended to June 8, 2010.

IT IS SO ORDERED.

Dated:   **May 7, 2010**                    **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE

1

_____
*10cv377.o.extnding.time.answer.cmplt.doc*